**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | Cr. No. 2:06-20478-D |
| ) | |
| **JIMMY STANLEY,** ) | |
| Defendant. ) | |

_____

**ORDER**
_____

There being no objections, the Court adopts the Report and Recommendation of the Magistrate Judge and imposes the recommended sentence.

**IT IS SO ORDERED** this 9th Day of December, 2011.

                                                 <u>s/Bernice B. Donald</u>
                                                 **BERNICE B. DONALD**
                                                 **UNITED STATES DISTRICT JUDGE**